Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

WESLEY H. H. CHING    2896
SHEREE KON-HERRERA    6927
841 Bishop Street, Suite 1200
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:  (808) 531-7585
Email:    whc@fmhc-law.com
        skh@fmhc-law.com

Attorneys for Defendant
AQUALANI RECREATION TWO CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREA SEGEDI,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTIN OPERATOR LLC DBA THE WESTIN MAUI HOTEL AND THE SPA AT THE WESTIN MAUI; DOE CORPORATIONS 1-5; DOE ENTITIES 1-5; JOHN DOES 1-5; JANE DOES 1-5,<br><br>    Defendants.<br> | CASE NO. 1:23-cv-00407-DKW-KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES; ORDER<br><br>Non-Jury Date:  April 14, 2025<br><br>Trial Judge:  Hon. Derrick K. Watson |
| WESTIN OPERATOR LLC,<br><br>    Third-Party Plaintiff,<br><br>vs. | |

| | |
|---|---|
| AQUALANI RECREATION TWO CORPORATION,<br><br>          Third-Party Defendant. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE<br>AS TO ALL CLAIMS AND ALL PARTIES

Plaintiff ANDREA SEGEDI ("Plaintiff"), Defendant/Third-Party Plaintiff WESTIN OPERATOR LLC DBA THE WESTIN MAUI HOTEL AND THE SPA AT THE WESTIN MAUI ("Westin") and Third-Party Defendant AQUALANI RECREATION TWO CORPORATION ("Aqualani"), by and through their respective counsel of record, hereby stipulate to the dismissal of this matter with prejudice as to all parties and all claims alleged herein, including but not limited to the Plaintiff's Complaint and First Amended Complaint, Westin's Third Party Complaint, and Aqualani's Counterclaim.  Each party will bear her or its own attorneys' fees and costs.  This stipulation has been entered into pursuant to LR 41.1 and Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure and has been signed by all parties appearing herein.  There are no remaining claims or parties in this action.  Non-jury trial was scheduled to commence on April 14, 2025.

/
/
/

DATED:  Wailuku, Hawaii, July 1, 2024.

       */s/ Matson Kelley*
MATSON KELLEY
ALEX WILKINS
Attorneys for Plaintiff

DATED:  Honolulu, Hawaii, July 1, 2024.

       */s/ Jeffrey H. K. Sia*
JEFFREY H. K. SIA
Attorney for Defendant/Third-Party Plaintiff
WESTIN OPERATOR LLC DBA THE
WESTIN MAUI HOTEL AND THE SPA
AT THE WESTIN MAUI

DATED:  Honolulu, Hawaii, July 1, 2024.

       */s/ Wesley H. H. Ching*
WESLEY H. H. CHING
SHEREE KON-HERRERA
Attorneys for Third-Party Defendant
AQUALANI RECREATION TWO
CORPORATION

APPROVED AND SO ORDERED.

DATED:  July 29, 2024 at Honolulu, Hawaiʻi.

Derrick K. Watson
Chief United States District Judge

_____
ANDREA SEGEDI VS. WESTIN OPERATOR LLC, ET AL.; CASE NO. 1:23-cv-00407-DKW-KJM; U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES; ORDER

3